# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| Woodbridge Group of Companies, LLC, et al., | : |
| Debtors. | : |
| _____ | : |
| ALAN R. BRILL, | : |
| Appellant, | : |
| v. | : C. A. No. 19-502-LPS |
| WOODBRIDGE GROUP OF COMPANIES, et al., | : |
| Appellees. | : |
| _____ | : |

## **RECOMMENDATION**

At Wilmington this **8th** day of **April, 2019.**

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on April 4, 2019 for an initial review and discussion with pro se litigant, Allen R. Brill and counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the

process.

During the teleconference, both sides explained their positions on the procedural/legal issues and their interest in mediation. Appellant confirmed that he understood my explanation regarding why I felt that mediation would not justify the expense and time for mediation for him. Appellant's focus was on the application of the law to which he disagrees with the Bankruptcy Court. I specifically advise Appellant that my Recommendation would be to remove this matter from mandatory mediation and his rights to object to my Recommendation.

During the teleconference, I confirmed that new counsel for the Appellee will file a stipulation for substitution of counsel.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties indicated there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge