UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
JUN 15 2020
US DISTRICT COURT
DISTRICT OF DELAWARE

ALAN R. BRILL,

    Appellant,

v.

WOODBRIDGE LITIGATION TRUST,

    Appellee.

NO. 1:19-cv-00502-LPS

On Appeal from the United States
Bankruptcy Court for
the District of Delaware (Hon.
Kevin J. Carey, Bankruptcy
Judge, Presiding)

## FURTHER APPELLANT MEDICAL-INDUCED PLEA FOR ADDITIONAL TIME TO RESPOND TO APPELLEE ANSWERING BRIEF

Alan R. Brill
420 NW 5th Street; Ste. 1-B
Evansville, IN 47708
Phone: 812-423-6200 Office
       812-204-6201 Cell
Email: alanbrill@brillmedia.com

Prefer Mail to: P.O. Box 3353
Evansville, IN 47732

JUNE 11, 2020

> **APPELLANT'S ADDITIONAL RESPONSE DELAY REQUEST FOR REASON OF**
> **CONTINUING MEDICAL INTERFERENCE**
> **--BACKGROUND--** *[as stated 04/01/2020]*
>
> *Person Alan Brill wishes to express his great appreciation to the Court and to Counsel representing the Woodbridge Liquidation Trust for their cooperation and assistance to Person Brill in their tolerance of him being able to remain in the Case despite the long-term disabling effects of major cancer illness and hospitalization that have prevented him from having an effective life over almost a year.*
>
> *Person Brill was in the hospital for over 7 months and is still recovering at home from major complicated colon cancer surgeries (4) and many other less brutal and less emergency, but dying twice on emergency operating tables; and often having 2 to 4 nurses applying urgent treatment to have him overcome unexpected complications. He is not looking for sympathy but rather resents smirking comments.*
>
> *Brill's cancer case now requires six months of chemotherapy which pushes him to 12 to 18 hours of sleep most days and difficulty concentrating when he is awake. In that condition, with additional gastro-intestinal problems, it is difficult even when awake to be as productive and acute as he would wish; and more time is required. Productivity is further complicated by restrictions imposed as a consequence of the China Virus consequences on our ability to function effectively.*
>
> *Nonetheless he ACCEPTS AND THANKS, both to the Courts and the opposing counsel for their cooperation to permit him THE OPPORTUNITY TO STILL BE BEFORE THIS CASE. **Whether this filing is timely or not, I trust that given medical conditions and virus obstacles that it will be accepted unquestioned***

1.       Alan Brill on APRIL 1 requested additional time to complete and file his RESPONSE TO APPELLEE ANSWERING BRIEF, and then sincerely believed he was in a position to file in the next two weeks. However he has not been able to comply with his own promises as his treatments for his Colon Cancer have lengthened and worsened on his ability to perform.

After 7 months critically in the hospital for complex colon cancer and twice being resurrected from death, he has now been recovering at home with strong chemotherapy treatment every two weeks with two separate days in the clinic each time as the chemo seeks to act its cancer-killing goals.

2.       The chemotherapy has left Alan Brill significantly disabled to proceed as he has planned. It causes Alan Brill to be induced to 'hard sleep' for 12 to 18 hours a day, going to sleep at 10 TO 11 pm and not awakening until 11AM to 1PM the next day. Then mid-to-late

afternoon he gives out and has to take a nap of 2 to 3 hours. He lives alone and obviously he has personal things and some normal things he much also do in his awake time as well as work on his RESPONSE. Unfortunately even when he is awake he gets only a couple hours of "alertness" and the rest of the time he struggles to be attentive and focused on detail work, especially such as is this RESPONSE. It is difficult to get more than an hour or two in a day of focused effort on this RESPONSE. Alan Brill has not squandered any time and has continued to work on it significantly and dedicated as he has been able.

3.  In addition to the chemotherapy impact on his functional ability, he also continues with more related urological and gastro/intestinal problems. In further addition, complications with his prior complex surgeries have developed and he must have surgical repair work done ... but not until the chemotherapy is done and this RESPONSE is submitted.

4.  Then further, this <u>Coronavirus</u> matter has not helped, as he is very restricted in human interaction because chemotherapy has greatly destroyed for now his immunity system. Further, with the virus shutdown of office his limited staff that he significantly relies on has not been available. He now works totally at home with his computer communicating with his office's sophisticated data processing system where all the data is stored with more sophisticated functions. When there is a system problem, it is difficult to get timely service to bring back on-line functioning.

5.  Though he has been working diligently on his RESPONSE his "tired" condition makes it difficult to maintain a continuing acute focus on his mental tasks. He believes that he is now close to finishing his reply, and promises that he is being diligent to the best of this ability.

Alan Brill prays and begs that the Court and Appellees will continue their respect of Alan Brill's unavoidable issues and let him complete his RESPONSE. He promises he will get it done before much longer. If helpful, he can get a doctor's statement on his condition.

JUNE 11, 2020

RESPECTIVELY SUBMITTED

_____
Alan R. Brill
420 NW 5th St.; Ste. 1-B
Evansville, IN 47708
Tel: 812-423-6200
Cell: 812-204-6201
Email: alanbrill@brillmedia.com

PREFERRED:
P.O. BOX 3517
EVANSVILLE, IN 47734

## CERTIFICATE OF SERVICE

On this 11th day of JUNE, 2020, a copy of this filing has been delivered by Federal Express TO THE CLERK OF THE COURT, costs prepaid, AS WELL AS BY EMAIL TO THE FOLLOWING PARTIES:

Richard M. Pachulski
Andrew W. Caine
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: rpachulski@pszjlaw.com
acaine@pszjlaw.com

Bradford J. Sandler
Colin R. Robinson
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: bsandler@pszjlaw.com
crobinson@pszjlaw.com

David M. Stern *(prohac vice)* Robert J. Pfister *(pro hac vice)*
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: dstern@ktbslaw.com
rpfister@ktbslaw.com

_____
Alan R. Brill